# Lee Litigation Group, PLLC

148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

Writer's Direct:   212-465-1188                                           August 18, 2023
                   cklee@leelitigation.com

**Via ECF**
The Honorable Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Estrada v. B&S Zeeman, Inc. Et al*
      Case No. 1:23-cv-05904

Dear Judge Rochon:

     We are counsel to Plaintiff in the above-referenced action. Pursuant to the Court's August 4, 2023 Order, we write to provide Your Honor with an update on the assignment of a mediator.

     In accordance with the Order, the parties agreed to a private mediation before M. Salman Ravala, Esq. However, the parties have been unable to confirm a mediation date.

     Once Mr. Ravala communicated his dates of availability, we promptly relayed the dates to Defendants. Despite constant reminders, calls, and emails, Defendants have failed to respond regarding their availability, and thus a mediation date has not been set. Plaintiff had informed Defendants and the mediator of their availability for mediation on September 15, 2023.

     In light of the above, Plaintiff respectfully requests Your Honor to compel Defendants' cooperation in the mediation scheduling.

     We thank the Court for Its time and consideration.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

> In light of Defendants' response at ECF No. 13, this motion is DENIED as moot.
>
> Dated: August 24, 2023
> New York, New York
>
> SO ORDERED
> *Jennifer Rochon*
> JENNIFER L. ROCHON
> United States District Judge