# Lee Litigation Group, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
cklee@leelitigation.com

**VIA ECF**                                                                 December 28, 2023
The Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/04/2024

Re:   *Estrada v. B & S Zeeman, Inc. et al*
       Case No.: 1:23-cv-05904

Dear Judge Aaron:

We are counsel to Plaintiff and write to inform the Court of a discovery dispute.

The parties met and conferred in accordance with Rule 26 of the Federal Rules Civil Procedure on December 11, 2023. In the conference, the parties agreed upon a discovery plan. Given the nature and stage in the lawsuit, the parties were to schedule depositions in the month of January 2024. Defendants agreed to check their availability for depositions. Defendants have failed to do so and remain unresponsive to Plaintiff's requests. Counsel for Plaintiff has requested availability since December 6, 2023, via email and during the meet and confer on December 11, 2023. Counsel for Plaintiff also followed up via email on December 11, 2023, and December 19, 2023.

In addition, Defendants' initial disclosures are overdue as of December 27, 2023. Based on the above, Plaintiff respectfully requests the Court's intervention to compel deposition dates, and for Defendants to provide initial disclosures.

Respectfully,

*/s/ C.K. Lee*
C.K. Lee, Esq.

---

Plaintiff filed his Letter Motion on 12/28/2023 seeking to compel Defendants to provide deposition dates and initial disclosures. (*See* ECF No. 26.) Defendants timely filed their Letter Response on 1/2/2024 stating that defense counsel was "diligently following up to provide deposition dates" and that initial disclosures had been served on 1/2/2024. (*See* ECF No. 27.) Plaintiff failed to timely file any reply.
Plaintiff's Letter Motion is GRANTED IN PART. If Defendants have not yet provided deposition dates to Plaintiff, they shall do so no later than 1/19/2024. Plaintiff's Letter Motion otherwise is DENIED AS MOOT.
Dated: 01/04/2024

1