**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

EDIBERTO ROMEO RAMIREZ ESTRADA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                     Plaintiff,

   v.

B&S ZEEMAN, INC.
       a/b/a B&S ZEEMAN WINES AND SPIRITS,
DAVID ISRAEL, and JOAN ISRAEL,

                Defendants.

---

**Case No.**:  1:23-cv-05904

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants B&S ZEEMAN, INC. a/b/a B&S ZEEMAN WINES AND SPIRITS, DAVID ISRAEL, and JOAN ISRAEL (collectively "Defendants"), having offered to allow Plaintiff EDIBERTO ROMEO RAMIREZ ESTRADA ("Plaintiff") to take a judgment against them, in the sum of Forty-Five Thousand Dollars and No Cents ($45,000.00)("Judgment Amount"), inclusive of reasonable attorneys' fees, to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 18, 2024 and filed as Exhibit A to Docket Number 29;

**WHEREAS**, on January 19, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 29);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff EDIBERTO ROMEO RAMIREZ ESTRADA, in the sum of $45,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 18, 2024 and filed as Exhibit A to Docket Number 29. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _____January 19_____, 2024
       New York, New York

*Jennifer Rochon*
               U.S.D.J.